[No. 8536-4-II.   Division Two.   March 17, 1987.]

THE STATE OF WASHINGTON, *Respondent,* v. WILLIAM
T. JOHNSON, *Appellant.*

Appeal from a judgment of the Superior Court for Clal-
lam County, No. 84-1-00110-0, Gary W. Velie, J., entered
February 28, 1985. *Affirmed* by unpublished opinion per

Reed, C.J., concurred in by Petrich and Worswick, JJ.